# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Rogelio Teodoro-Enciso,

    Plaintiff(s),

vs.

United States of America,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:05-cv-385-V-2

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 13, 2005 Order.

**Signed: September 14, 2005**

Frank G. Johns, Clerk
United States District Court